MOSES P. HALL et al., Appellants, v. ABRAM MILLER, Respondent.

(Submitted October 13, 1887; decided October 28, 1887.)

*D. H. Bolles* and *Thomas Storrs* for appellants.

*J. R. Jewell* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

SAMUEL D. COYKENDALL et al., Respondents, v. WILLIAM VOORHIS et al., Appellants.

(Argued October 13, 1887; decided October 28, 1887.)

*Samuel J. Crooks* for appellants.

*R. D. Benedict* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.